UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| AGC FLAT GLASS NORTH AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:10-CV-129 |
| | ) | |
| v. | ) | Chief Judge Curtis L. Collier |
| | ) | |
| INTERFLOAT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

Plaintiff AGC Flat Glass North America filed a motion for default judgment (Court File No. 14), which the Court referred to United States Magistrate Judge Susan K. Lee pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) to conduct an evidentiary hearing (Court File No. 16). In accordance with Rule 72(b) of the Federal Rules of Civil Procedure, Judge Lee filed her report and recommendation recommending judgment be entered awarding Plaintiff damages for breach of contract in the following amounts: (1) the principal amount of $2,764,969; (2) prejudgment interest of $757.53 per day from July 2, 2009, until the date judgment is entered against Defendant; and (3) postjudgment interest pursuant to 28 U.S.C. § 1961 (Court File No. 20). Neither party filed an objection within the given fourteen days.

After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. The Court **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to Section 636(b)(1) and Rule 72(b).

Accordingly, pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, the Court will set forth a separate document entering judgment in favor of Plaintiff against Interfloat Corporation.

**SO ORDERED.**

**ENTER**:

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**